IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK DAVON WILLIAMS, )<br>　　　　　　　　　　　　　　　　 )<br>　　Plaintiff, 　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>v. 　　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>DANTE GORDON, 　　　　　　　 )<br>　　　　　　　　　　　　　　　　 )<br>　　Defendant. 　　　　　　　　　 ) | CIVIL ACTION NO.<br>2:21-CV-78-WHA-CSC |

**ORDER**

On March 31, 2021, the Magistrate Judge entered a Recommendation that Plaintiff's amended complaint against Defendant Montgomery County Detention Facility be dismissed without prejudice under 28 U.S.C. § 1915(e)(2)(B)(ii) and that the Montgomery County Detention Facility be terminated as a party to this action. (Doc. 18.) Plaintiff has filed Objections to the Recommendation. (Doc. 23.)

After an independent review of the file and upon consideration of the Recommendation and Objections and for good cause, it is ORDERED:

　　1. Plaintiff's Objections (Doc. 23) are OVERRULED;

　　2. The Recommendation of the Magistrate Judge (Doc. 18) is ADOPTED;

　　3. Plaintiff's amended complaint against Defendant Montgomery County Detention Facility is DISMISSED without prejudice under 28 U.S.C. § 1915A(e)(2)(B)(ii);

　　4. Defendant Montgomery County Detention Facility is DISMISSED as a party; and

5. This case against the remaining Defendant is referred back to the Magistrate Judge for further proceedings.

DONE this 23rd day of August, 2021.

    /s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE