IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| FREDERICK DAVON WILLIAMS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:21-CV-78-WHA-CSC |
| DANTE GORDON, | ) ) | |
| Defendant. | ) | |

## ORDER

On August 24, 2021, the Magistrate Judge entered a Recommendation (Doc. 37) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 37) is ADOPTED;

2. Plaintiff's Motion for Preliminary Injunction (Doc. 3 ) is DENIED; and

4. This case against is referred back to the Magistrate Judge for further proceedings.

DONE this 20th day of September, 2021.

    /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE