IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDERICK DAVON WILLIAMS,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>DANTE GORDON,  )<br>)<br>Defendant.  ) | Civil Action No.<br>2:21-cv-78-WHA-CSC<br>(WO) |

## ORDER

On March 8, 2022, the Magistrate Judge filed a Recommendation (Doc. 43) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. 43) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply with the Court's Orders.

A final judgment will be entered separately.

DONE this 28th day of March, 2022.

   /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE